BEFORE THE SECOND DIVISION, NOVEMBER 21, 1939

**No. 42675.**—Protests 174566–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel filet lace articles similar to those the subject of United States v. Jabara (22 C. C. P. A. 77, T. D. 47065), Normandy lace articles like those passed upon in United States v. Amrein (26 C. C. P. A. 353, C. A. D. 40), and embroidered bedspreads, tidies, and other articles similar to those the subject of Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph

1430 as claimed. Artificial flowers were held dutiable at 60 percent under paragraph 1419 on the authority of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473).